# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JANICE B. MACASIO,<br><br>　　　　　　　Defendant. | CR NO: 2:13-CR-0163 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

Name of Detainee: JANICE B. MACASIO
Detained at: Sacramento County Jail
Detainee is:　a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　charging detainee with: _____
　　or　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　　or　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [SEPTEMBER 10, 2013] in the Eastern District of California.*

Signature: */s/ Michelle Rodriguez*
Printed Name & Phone No: MICHELLE RODRIGUEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **SEPTEMBER 10, 2013**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 9, 2013

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　Honorable Allison Claire
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Janice Bongolan Macasio | ☐ Male ☒ Female | |
| Booking or CDC #: | x-4018216 | DOB: | 05/06/1979 |
| Facility Address: | 651 "I" Street, Sacramento CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　(signature)