# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANICE B. MACASIO, <br><br> Defendant. | CR NO: 2:13-CR-0163 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: JANICE B. MACASIO
Detained at: Sacramento County Jail
Detainee is: a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [SEPTEMBER 10, 2013 ]in the Eastern District of California.*

Signature: */s/ Michelle Rodriguez*
Printed Name & Phone No: MICHELLE RODRIGUEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **SEPTEMBER 10, 2013**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 9, 2013

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Janice Bongolan Macasio | ☐Male ☒Female | |
| Booking or CDC #: | x-4018216 | DOB: | 05/06/1979 |
| Facility Address: | 651 "I" Street, Sacramento CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
(signature)