

**FILED**

UNITED STATES DISTRICT COURT

OCT 3 0 2013

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

JANICE B. MACASIO,

          Defendant.

No. 2:13-CR-00163-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JANICE B. MACASIO; Case No. 2:13-CR-00163-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

  __X__(Other): Time Served

Issued at Sacramento, California on ___10/20/13___, at __11:10 a.m.__

Kimberly J. Mueller
United States District Judge